Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

RECEIVED
DEC 17 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 98.110.51.78,<br><br>        Defendant. | Civil Case No. 3:13-cv-04681-MLC-TJB |

### ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until thirty (30) days after the Court enters a ruling on the pending Motion to Quash [CM/ECF 9] to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this 17th day of December, 2013.

By: _____
UNITED STATES ~~DISTRICT JUDGE~~
MAGISTRATE JUDGE

[ DOCKET ENTRY No. 10 IS TERMINATED ]